Jack Duran
DURAN LAW OFFICE
4010 Foothills Blvd., S-103, N.98
Roseville, CA 95747
(916) 779-3316
(916) 520-3526 (fax)
duranlaw@yahoo.com
Attorney for Petitioners

Andrea Seielstad, Pro Hac Vice
UNIVERSITY OF DAYTON
SCHOOL OF LAW
300 College Park
Dayton, OH 45469-2750
(937) 229-3817
(937) 229-4066 (fax)
aseielstad1@udayton.edu

Attorney for Petitioners

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| RONALD NAPOLES, LAURINE NAPOLES, RICK NAPOLES, MARK NAPOLES, JAMES NAPOLES, DEBRA WILLIAMS, and WADE WILLIAMS,<br><br>Petitioners<br><br>vs.<br><br>DESTON ROGERS, JEFF ROMERO, BRIAN PONCHO, EARLEEN WILLIAMS, WILLIAM "BILL" VEGA, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES AS REPRESENTATIVES OF THE BISHOP PAIUTE TRIBAL COUNCIL; BISHOP PAIUTE TRIBAL COUNCIL; TRIBAL COURT JUDGE BILL KOCKENMEISTER IN HIS INDIVIDUAL OFFICIAL CAPACITY<br><br>Respondents. | **CASE NO. 1:16-cv-01933-DAD-JLT**<br><br>**STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE: [PROPOSED] ORDER**<br><br>(Doc. 13) |

The above named Petitioners ("Petitioners") and Respondents ("Respondents") hereby stipulate, pursuant to Local Rule (LR) 143, to continue the Scheduling Conference, currently set for March 30, 2017, 8:30 a.m. before United States Magistrate Judge Jennifer L. Thurston.

1. <u>Status of Filings and Service.</u>

The status of service is as follows:

- On December 29, 2016, Petitioners' legal counsel Jack Duran filed the Petition, followed by a First Amended Petition ("FAP") filed on January 28, 2017. Petitioners mailed the FAP and related documents, including the Summons, to Respondents' legal counsel on February 7, 2017.
- After discussions as to the validity of services of the Summons and Petitions, Petitioners sent a Waiver of Service of Summons. Respondent Tribal Council members, by and through their legal counsel, returned the Waiver on February 27, 2017. Respondent Judge Kockenmeister returned the Waiver to Petitioner's legal counsel on March 8, 2017.

2.  Factual Basis for Proposed Order.

- Respondents' responsive pleadings are due on April 10, 2017.
- No Respondent has made an appearance in this case.
- Respondents will challenge the venue and jurisdictional basis of the FAP by way of a Motion to Dismiss pursuant to Rule 12(b) of the Federal Rules of Federal Procedure, including, but not limited to:
    - The Court lacks subject matter jurisdiction;
    - The Court lacks personal jurisdiction;
    - The Federal Court is not the proper venue to hear Petitioners' claim; and
    - Petitioners have failed to state a claim upon which relief can be granted by the Federal Court.
- Should the motions be successful, there would be no need for the Court to schedule any further proceedings in this case.
- The parties are mindful of the Court's resources, and therefore stipulate and request a continuance of the Joint Scheduling Conference and the related filings for ninety (90) days. The parties suggest the following revised dates:
    - June 6, 2017; Joint Scheduling Conference Statement due date.
    - June 22, 2017; Continued Joint Scheduling Conference.

- No prior extensions have been sought or granted.  (LR 144(b).)

Dated:  March 15, 2017         DURAN LAW OFFICE

                               By:   /s/Jack Duran
                                     Jack Duran

Dated:  March 15, 2017         ANDREA SEIELSTAD, (Pro Hac Vice)
                               UNIVERSITY OF DAYTON SCHOOL OF LAW

                               By:   /s/ Andrea Seielstad
                                     Andrea Seielstad
                                     (as authorized on March 15, 2017)
                                     Attorneys for Petitioners

Dated:  March 15, 2017         LAW OFFICE OF ANNA KIMBER

                               By:   /s/Anna S. Kimber
                                     Anna S. Kimber
                                     (as authorized on March 15, 2017)
                                     Attorney for Respondents
                                     Deston Rogers, Jeff Romero, Brian Poncho,
                                     Earleen Williams, William "Bill" Vega, in
                                     their individual and Official Capacities as
                                     Representatives of the Bishop Paiute Tribal
                                     Council; and Bishop Paiute Tribal Council

Dated:  March 15, 2017         BRADY & VINDING

                               By:   /s/ Michael E. Vinding
                                     Michael E. Vinding
                                     (as authorized on March 15, 2017)
                                     Attorney for Respondent
                                     Judge Kockenmeister

**ORDER**

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED AND DECREED BY THE COURT, AS FOLLOWS:**

Good cause appearing, the Joint Scheduling Conference scheduled for March 30, 2017, 8:30 a.m. is vacated and rescheduled for June 22, 2017. The Joint Scheduling Conference Statement due date is now June 6, 2017.

**IT IS SO ORDERED.**

Dated: March 17, 2017

/s/ Jennifer L. Thurston
Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE